FILED
CLERK, U.S. DISTRICT COURT
8/9/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL DIONTRE BELL,<br><br>　　　　Defendant. | CR No. 2:24-cr-00488-FLA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about April 20, 2024, in Los Angeles County, within the Central District of California, defendant DANIEL DIONTRE BELL knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1. an Essex Arms, model 1911, .45 caliber pistol, bearing serial number 20158;

2. two rounds of Winchester .45 caliber ammunition; and

3. two rounds of Western Cartridge Company (Winchester) .45 caliber ammunition.

1  Defendant BELL possessed such firearm and ammunition knowing
2  that he had previously been convicted of at least one of the
3  following felony crimes, each punishable by a term of imprisonment
4  exceeding one year:
5      1.   Robbery in the First Degree, in violation of California
6  Penal Code Section 211, in the Superior Court for the State of
7  California, County of Los Angeles, Case Number MA074132, on or about
8  July 23, 2018; and
9      2.   Domestic Violence with Injury, in violation of California
10 Penal Code Section 273.5(a), in the Superior Court for the State of
11 California, County of Los Angeles, Case Number MA075939, on or about
12 August 2, 2019.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm and ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDER S. GORIN
Assistant United States Attorney
General Crimes Section